IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
JUL 0 1 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25CR00099SNLJ-ACL |
| vs. | ) | |
| | ) | |
| ERIKA L. MORTON, | ) | 18 U.S.C. § 2252A(a)(2) |
| | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### Count I

THE GRAND JURY CHARGES THAT:

Between on or about January 1, 2025, and June 17, 2025, in Ste. Genevieve County and elsewhere within the Southeastern Division of the Eastern District of Missouri,

**ERIKA L. MORTON,**

the defendant herein, knowingly received and distributed visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so, in violation of Title 18, United States Code, Section 2252A(a)(2), and punishable under Title 18, United States Code, Section 2252A(b)(1).

A TRUE BILL.

_____
FOREPERSON

MATTHEW T. DRAKE
Acting United States Attorney

_____
John N. Koester, Jr., #52177
Assistant United States Attorney